No. 1182. YEAGER, PRINCIPAL KEEPER v. SCHULTZ. C. A. 3d Cir. Certiorari denied. *Thomas P. Ford, Jr.,* for petitioner.

No. 784. SANDBANK v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanley Faulkner* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 893. KONS v. TAHASH, WARDEN. Sup. Ct. Minn. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert Wm. Rischmiller* for petitioner. *Douglas M. Head,* Attorney General of Minnesota, *Richard H. Kyle,* Solicitor General, and *Arne L. Schoeller,* Assistant Attorney General, for respondent.

No. 977. WRIGHT v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *R. Max Etter, Sr.,* for petitioner. *George A. Kain* for respondent.

No. 52, Misc. ROBERTS v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Edward P. O'Brien* and *Charles R. B. Kirk,* Deputy Attorneys General, for respondent.

No. 534, Misc. JOHNSON v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Lawrence Herman* for petitioner. *Lee C. Falke* for respondent.